UNITED STATES DISTRICT COURT
Western District of Texas
DEL RIO DIVISION

FILED
January 12, 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: JP DEPUTY

UNITED STATES OF AMERICA

v.

Ismael Gradilla-Aguirre
Defendant

Case Number: 2:22-CR-01304(1)-MVL
USM Number: 01364-510

FILED
JAN 1 3 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, Ismael Gradilla-Aguirre, was represented by Jesse R. Coronado (CJA Appointment).

The defendant pled guilty to Count(s) One of the Indictment on August 11, 2022. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s)

| Title and Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 | Illegal Re-Entry into the United States | May 13, 2022 | One |

As pronounced on January 11, 2023, the defendant is sentenced as provided in pages 2 through 6 of the judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for the district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by the Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the  12th  day of January 2023.

RETURNED EXECUTED
1/12/2023
[signature]

U.S. MARSHALS W/TX
RECEIVED
JAN 12 2023
DEL RIO, TX

_____
MARY ANN VIAL LEMMON
Senior United States District Judge

Arresting Agency: United States Border Patrol

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _____
Deputy Clerk